Certificate Number: 12433-PAE-DE-028840483

Bankruptcy Case Number: 16-17916



12433-PAE-DE-028840483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2017, at 10:48 o'clock PM EST, Shanae Bradley completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 1, 2017            By: /s/Lisa Susoev

                               Name: Lisa Susoev

                               Title: Teacher