United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17916-sr
Shanae Bradley                                                            Chapter 13
Shanae Bradley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie           Page 1 of 2              Date Rcvd: Aug 25, 2017
                             Form ID: pdf900        Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db/db         #+Shanae Bradley,    Shanae Bradley,    221 Orchard Drive,    North Wales, PA 19454-1428
13865601       Berkheimer Assoc.Agt. N.PennSD, MontgomeryTwp,    c/o David R. Gordon, Esq.,    1883 Jory Road,
               Pen Argyl, PA 18072
13821952      +Berkhimer Tax Administrator,    P.O. Box 25153,    Lehigh Valley, PA 18002-5153
13821953      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13821954      +Carmax Auto Finance,    Po Box 440609,    Kennesaw, GA 30160-9511
13896873       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13821957      +Grimley Financial,    30 Washington Avenue,    Suite C-6,    Haddonfield, NJ 08033-3341
13821959      +Linebarger Gogan Blair & Sampson, LLP,    4 Penn Center,    1600 JFK Blvd., Ste 910,
               Philadelphia, PA 19103-2818
13821960      +Medicredit, Inc.,    Po Box 1629,    Maryland Heights, MO 63043-0629
13870861      +Navient Solutions, Inc. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
13870860       Navient Solutions, Inc. on behalf of,    TGSLC,    PO BOX 83100,    Round Rock, TX 78683-3100
13821972       Pennsylvania Turnpike Commission,    Violation Processing Center,    800 C Derry Street,
               Harrisburg, PA 17111
13821976      +Professional Account Management LLC,    PO Box 37038,    Washington, DC 20013-7038
13821981      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
13821980      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
13838335      +Toyota Motor Credit Corporation (See 410),    PO Box 9013,    Addison, Texas 75001-9013
13866270       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13821982      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 26 2017 01:42:26    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2017 01:41:47
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2017 01:42:14    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13914891      +E-mail/Text: bankruptcy@phila.gov Aug 26 2017 01:42:26
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13821955      +E-mail/Text: equiles@philapark.org Aug 26 2017 01:42:41    City of Philadelphia,
               PO Box 41818,    Philadelphia, PA 19101-1818
13821956      +E-mail/Text: csd1clientservices@cboflanc.com Aug 26 2017 01:42:36
               Credit Bureau of Lancater County, Inc,    Po Box 1271,    Lancater, PA 17608-1271
13821958      +E-mail/Text: equiles@philapark.org Aug 26 2017 01:42:41    LDC Collection Systems,
               P.O. Box 41819,    Philadelphia, PA 19101-1819
13821961      +E-mail/PDF: pa_dc_claims@navient.com Aug 26 2017 01:38:23    Navient,    Attn: Claims Dept,
               Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821975       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2017 01:44:59
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13867838      +E-mail/Text: colleen.atkinson@rmscollect.com Aug 26 2017 01:42:44
               Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13822938      +E-mail/Text: equiles@philapark.org Aug 26 2017 01:42:41    Philadelphia Parking Authority,
               701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13821974      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2017 01:59:05    Portfolio,
               PO Box 12914,    Norfolk, VA 23541-0914
13821977       E-mail/Text: colleen.atkinson@rmscollect.com Aug 26 2017 01:42:44    Receivable Management Inc,
               7206 Hull Rd,    Ste 211,    Richmond, VA 23235
13821978      +E-mail/Text: bankruptcy@sw-credit.com Aug 26 2017 01:42:00    Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13894552      +E-mail/Text: bncmail@w-legal.com Aug 26 2017 01:42:07    TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                         TOTAL: 15


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13821979       Suburban Credit Corp
13821962*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821963*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821964*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821965*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821966*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821967*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821968*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821969*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821970*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821971*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13821983*     +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
```

```
District/off: 0313-2              User: Marie              Page 2 of 2              Date Rcvd: Aug 25, 2017
                                 Form ID: pdf900          Total Noticed: 33
```

```
13821973       ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                          TOTALS: 1, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
              bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Shanae  Bradley dmo160west@gmail.com,
              davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

SHANAE BRADLEY
                                                : Bankruptcy No. 16-17916SR
                Debtor(s)                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

_____  8/24/17
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

SHANAE BRADLEY
221 ORCHARD DRIVE
NORTH WALES,PA.19454